UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
APR - 6 2023
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                       INDICTMENT NO. 5:23-cr-041-KKC

JEFFERY LEE LANHAM and
ELIZABETH SUSAN NEELEY,
    aka ELIZABETH SUSAN STARN,
    aka ELIZABETH SUSAN ELLINGTON,
    aka ROSE MELNECKE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 21 U.S.C. § 846

Beginning in or about September 2022, the exact date unknown, and continuing through in or about November 2022, the exact date unknown, in Madison County, in the Eastern District of Kentucky, and elsewhere,

**JEFFERY LEE LANHAM and
ELIZABETH SUSAN NEELEY,
aka ELIZABETH SUSAN STARN,
aka ELIZABETH SUSAN ELLINGTON,
aka ROSE MELNECKE,**

did knowingly and intentionally conspire together and with others to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about September 23, 2022, in Madison County, in the Eastern District of Kentucky,

**JEFFERY LEE LANHAM, and
ELIZABETH SUSAN NEELEY,
aka ELIZABETH SUSAN STARN,
aka ELIZABETH SUSAN ELLINGTON,
aka ROSE MELNECKE,**

did knowingly and intentionally distribute 5 grams or more of actual methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about September 26, 2022, in Madison County, in the Eastern District of Kentucky,

**JEFFERY LEE LANHAM**

did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
### 21 U.S.C. § 841(a)(1)

On or about September 28, 2022, in Madison County, in the Eastern District of Kentucky,

**JEFFERY LEE LANHAM and
ELIZABETH SUSAN NEELEY,
aka ELIZABETH SUSAN STARN,
aka ELIZABETH SUSAN ELLINGTON,
aka ROSE MELNECKE,**

did knowingly and intentionally distribute a mixture or substance containing a detectable

amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 18 U.S.C. § 924(c)(1)(A)

On or about September 28, 2022, in Madison County, in the Eastern District of Kentucky,

**JEFFERY LEE LANHAM**

did knowingly and intentionally possess a firearm, that is, a Glock 9 mm pistol, model Gen 4, serial number BHCG784, in furtherance of the drug trafficking crime charged in Count 4 of this Indictment for which he may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 6
## 18 U.S.C. § 922(g)(1)

On or about September 28, 2022, in Madison County, in the Eastern District of Kentucky,

**JEFFERY LEE LANHAM,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Glock 9 mm pistol, model Gen 4, serial number BHCG784, said firearm having been shipped and transported in interstate commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 7
## 18 U.S.C. § 922(g)(1)

On or about September 30, 2022, in Madison County, in the Eastern District of

Kentucky,

**JEFFERY LEE LANHAM,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Beretta 9 mm pistol, model M-9, serial number 223512, said firearm having been shipped and transported in interstate commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 8
## 21 U.S.C. § 841(a)(1)

On or about October 18, 2022, in Madison County, in the Eastern District of Kentucky,

**JEFFERY LEE LANHAM**

did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### 21 U.S.C. § 851 Enhancement

Before **JEFFERY LEE LANHAM** committed the offenses charged in Counts 1 - 4 and 8 of this Indictment, he had a final conviction for a serious drug felony, namely, a state court conviction for manufacturing methamphetamine in Madison Circuit Court Indictment Number 13-CR-376-1. **LANHAM** was sentenced to 15 years' imprisonment on February 18, 2014. **LANHAM** served more than 12 months of imprisonment for this prior offense, and he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offenses.

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)
## 28 U.S.C. § 2461

1. In committing the offenses alleged in Counts 1 – 4 and 8 of this Indictment, the same being punishable by imprisonment for more than one year, **JEFFERY LEE LANHAM** used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violations, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 841(a)(1) including, but not limited to:

### FIREARMS AND AMMUNTION:

a) Glock 9 mm pistol, model Gen 4, serial number BHCG784;
b) Beretta 9 mm pistol, model M-9, serial number 223512, and
c) Miscellaneous ammunition and magazines.

2. In committing the felony offenses charged in Counts 5 - 7 of this Indictment, the United States seeks forfeiture of the firearms and ammunition listed below from **JEFFERY LEE LANHAM** pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461:

### FIREARMS AND AMMUNTION:

a) Glock 9 mm pistol, model Gen 4, serial number BHCG784;
b) Beretta 9 mm pistol, model M-9, serial number 223512, and
c) Miscellaneous ammunition and magazines.

3. By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **JEFFERY LEE LANHAM** has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C.§ 924(d) and 28 U.S.C. § 2461.

**A TRUE BILL**

███████████████████

**FOREPERSON**

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

# PENALTIES

**COUNTS 1, 3 & 8:**
Imprisonment for not less than 10 years nor more than Life imprisonment, a fine of not more than $10,000,000, and not less than 5 years supervised release.

**If prior serious drug felony or serious violent felony conviction:**
Imprisonment for not less than 15 years nor more than Life imprisonment, a fine of not more than $20,000,000, and not less than 10 years supervised release.

**COUNT 2:**
Imprisonment for not less than 5 years nor more than 40 years imprisonment, a fine of not more than $5,000,000, and not less than 4 years supervised release.

**If prior serious drug felony or serious violent felony conviction**:
Imprisonment for not less than 10 years nor more than Life imprisonment, not more than an $8,000,000 fine, and not less than 8 years supervised release.

**COUNT 4:**
Imprisonment for not more than 20 years, a fine of not more than $1,000,000, and not less than 3 years supervised release.

**If Prior Drug Felony Conviction:**
Imprisonment for not more than 30 years, a fine of not more than $2,000,000, and not less than 6 years supervised release.

**COUNT 5:**
Imprisonment for not less than 5 years, nor more than Life imprisonment, consecutive to any other sentence, a fine of not more than $250,000, and not more than 5 years supervised release.

**COUNTS 6 & 7:**
Imprisonment for not more than 15 years, a fine of not more than $250,000, and not more than 3 years supervised release.

**If Armed Career Criminal:** Not less than 15 years imprisonment, a fine of not more than $250,000, and not more than 5 years supervised release.

**PLUS:**         Mandatory special assessment of $100 per felony count.

**PLUS:**         Forfeiture of all listed items.

**PLUS:**         Restitution, if applicable.